IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADETUNJI FASHINA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 3:12-CV-822-N-BK |
| | § |
| FEDERAL HOME LOAN MORTGAGE | § |
| CORPORATION, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 7th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE