IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADETUNJI FASHINA, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | §   Civil No. 3:12-CV-822-N-BK |
| FEDERAL HOME LOAN MORTGAGE | § |
| CORPORATION, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is ORDERED, ADJUDGED, AND DECREED that Defendant's *Sealed Motion for Award of Attorney's Fees and Costs.* (Doc. 37) be **GRANTED,** and Plaintiff be ordered to pay Defendant $25,912.40 in fees and $96.18 in expenses.

IT IS FURTHER ORDERED that the Clerk shall transmit a true copy of this order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SO ORDERED this 20th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ADETUNJI FASHINA,** § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil No. 3:12-CV-822-N-BK |
| **FEDERAL HOME LOAN MORTGAGE** § | |
| **CORPORATION,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is ORDERED, ADJUDGED, AND DECREED that Defendant's *Sealed Motion for Award of Attorney's Fees and Costs.* (Doc. 37) be **GRANTED,** and Plaintiff be ordered to pay Defendant $25,912.40 in fees and $96.18 in expenses.

IT IS FURTHER ORDERED that the Clerk shall transmit a true copy of this order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SO ORDERED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE